# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:04-cr-53-Orl-31DAB

**WILLIAM PAUL HALLORAN**

_____

## REPORT AND RECOMMENDATION

This cause came on for consideration at the status conference held September 13, 2005 before United States Magistrate Judge David A. Baker regarding defendant's probation supervision. It was indicated by the parties that Mr. Halloran has done well with his treatment which involved a combination of physician prescribed medications and psychological counseling. Defendant appeared alert and competent, and indicated a willingness to proceed with his treatment plan without probation supervision. Mr. Halloran's counselor was present for the proceeding and made a statement to the Court regarding the defendant's positive response to treatment. Consistent with the provisions of 18 U.S.C. § 4243, it is now appropriate for the conditional supervision be terminated and Mr. Halloran be released from the effect of the judgment.

Therefore, it is respectfully **recommended** that the defendant be discharged from probation supervision and that the Clerk be directed to close the case.

**RECOMMENDED** in Orlando, Florida on this 17th day of October, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Marshal
United States Attorney

United States Probation Office
Counsel for Defendant
William Paul Halloran