# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                                 Case No.  6:04-cr-53-Orl-31DAB

**WILLIAM PAUL HALLORAN**

_____

# ORDER

This cause comes before the Court on a Report and Recommendation (Doc. 67) dated October 17, 2005, in which Magistrate Judge Baker recommends that the conditional supervision of Mr. Halloran be terminated. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The that the conditional supervision of Mr. Halloran is terminated.

3. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 7, 2005.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
William Paul Halloran

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE